**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No.:  4:22-cr-00030-CDL-MSH |
| vs. | |
| QUINTAVIUS HARROW | |
| Defendant | |

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE

Before the Court is Defendant Quintavius Harrow's Unopposed Motion to Continue the pretrial hearing in this case presently scheduled for February 15, 2023, and to continue the trial to the Court's next regularly scheduled jury trial term, which is scheduled for September 2023, based on the need for additional time to conduct pretrial negotiations, discovery, and explore the possibility of change of pleas.

The Court finds a continuance appropriate. Accordingly, **IT IS HEREBY ORDERED** that the trial of the above-referenced case shall be continued to the Court's September trial term, and the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) shall be extended accordingly.  The pretrial conference shall accordingly be rescheduled also.

Having considered the matter, the Court finds the ends of justice [18 U.S.C. § 3161(h)(8)(A)] served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial for the reason that failure to grant a continuance of the pretrial conference and trial could result in a miscarriage of justice [18 U.S.C. § 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the

1

defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. § (h)(8)(B)(iv)]. would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

    **SO ORDERED,**  this **6th** day of **February, 2023**.


           S/Clay D. Land
           CLAY D. LAND, JUDGE
           UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF GEORGIA